# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF, on behalf of themselves and others similarly situated, | |
| Plaintiffs, | Misc. Case No. 21-mc-872 |
| v. | |
| NATIONALREPAIRSOLUTIONS.COM LLC | |
| Non-Party Subpoena Recipient. | |
| MILDRED BALDWIN and RONALD STRUCKHOFF, on behalf of themselves and others similarly situated, | Underlying Action Pending in the U.S. District Court for the District of Minnesota |
| Plaintiffs, | Case No. 20-cv-1502 |
| v. | |
| HEARINGPRO, INC., | |
| Defendant/Crossclaim-Defendant, | |
| v. | |
| MIRACLE-EAR, INC., | |
| Defendant/Crossclaimant/Third-Party Plaintiff, | |
| v. | |
| TIFFANY DAVIS, | |
| Third-Party Defendants. | |

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO SHOW CAUSE AS TO WHY NATIONALREPAIRSOLUTIONS.COM LLC SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA

On September 21, 2021, the Plaintiffs Mildred Baldwin and Ronald Struckhoff ("Plaintiffs"), by their attorneys, filed this action moving this Court for an order compelling NationalRepairSolutions.com LLC ("National Repair") to produce documents responsive to a subpoena in connection with *Baldwin, et. al. v. Miracle-Ear, Inc.*, *et. al.*, Civil Action No. 20-cv-1502, pending in the United States District Court for the District of Minnesota (the "Litigation") pursuant to Fed. R. Civ. P. 45(d) and (g). *See* ECF No. 1.

The motion and summons were served on September 30, 2021. *See* ECF No. 2.  As there had been no response, this Court Ordered that all responsive documents be provided by October 27, 2021. *See* ECF No. 5. A copy of that Order was served on National Repair on October 25, 2021. *See* ECF No. 6. However, no response has been received.

As such, this Court GRANTS the Plaintiffs' motion for an Order to Show Cause and National Repair is ORDERED to file a written submission, accompanied by an affidavit, as to why it should not be held in contempt by November 5, 2021.

Dated: _____                    _____
                                         Henry Edward Autrey
                                         United States District Judge